**FILED**

JUL 1 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL STEPHEN MOYNIHAN,<br><br>　　　　Defendant. | CASE NO.  2:11-MJ-00170 KJN<br><br>ORDER |

Approved and so ordered.

DATED: July 12, 2012

~~GREGORY G. HOLLOWS~~ Kendall J. Newman
United States Magistrate Judge