BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00248 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: RESTITUTION |
| MICHAEL STEPHEN MOYNIHAN, | |
| Defendant. | |

On December 4, 2012, the Court sentenced the defendant to 41 months imprisonment to be followed by a three-year term of supervised release.  At that time, the issue of restitution was continued to February 12, 2013, pursuant to 18 U.S.C. § 3664(d)(5).  C.R. 26.  The restitution hearing was further continued to February 19, 2013.  C.R. 28.

The parties hereby stipulate that the proper restitution amount in this case is $10,694.95.  Accordingly, the parties ask that the Court issue a final order of restitution

///

///

///

///

in the amount of $10,694.95, payable to the individuals identified in the United States Probation Officer's Memorandum ("Recommendation for Restitution") dated February 4, 2013.  A redacted copy of this memorandum is attached as Exhibit A.

Dated: February 14, 2013          Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: February 14, 2013          */s/ Kyle Reardon* for
MICHAEL PETRIK
Attorney for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL STEPHEN MOYNIHAN,<br><br>      Defendant. | CASE NO. 2:10-CR-00248 JAM<br><br>ORDER RE: RESTITUTION |

      The parties' stipulation is approved and so ordered.  Restitution in the amount of $10,694.95 is payable to the victims as identified in the United States Probation Officer's Memorandum ("Recommendation for Restitution") dated February 4, 2013.

Dated:  2/14/2013

                                                  /s/ John A. Mendez
                                                  JOHN A. MENDEZ
                                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable John A. Mendez
United States District Judge
Sacramento, California

                RE:    Michael Stephen MOYNIHAN
                       Docket Number:   2:12CR00248-01
                       Hearing Date: 02/12/2013
                       **RECOMMENDATION FOR RESTITUTION**

Your Honor:

On December 4, 2012, Michael Stephen Moynihan was sentenced to 41 months imprisonment and 36 months supervised release following his guilty plea to Access Device Fraud. The issue of restitution was deferred to February 12, 2013. As the Court is aware, the defendant pretended to be a bail bonds man and obtained funds from individuals who were released on bond or their family members. He also impersonated a hotel security officer to obtain credit card information from hotel guests and used their financial information for financial gain.

The victims and recommended restitution amounts identified in the addendum were obtained from victim impact statements distributed on November 20 and 30, 2012, and one additional victim impact statement today. The losses caused to those individuals were due to Moynihan's impersonation of other individuals for financial gain. The spreadsheet has been provided to the prosecuting attorney and defense counsel. Restitution to those listed victims in the amounts recommended appears to be appropriate.

Unless objections to the recommended restitution amounts are submitted by counsel, it is respectfully recommended the Court order Moynihan to pay restitution to the victims listed in the restitution addendum. An amended judgment will be required to set forth the ordered restitution. The restitution addendum can be appended to the amended judgment.

RE:   Michael Stephen Moynihan
Docket Number:   2:12CR00248-01
**RECOMMENDATION FOR RESTITUTION**

If I can be of further assistance, please call me at 916-930-4383.

Respectfully submitted,

**SHANNON L. MOREHOUSE**
**United States Probation Officer**

Dated:   February 6, 2013
         Sacramento, California
         SLM

**REVIEWED BY:**

**HUGO ORTIZ**
**Supervising United States Probation Officer**

Attachment(s)

cc:   Kyle Reardon
      Assistant United States Attorney

      Michael Petrik
      Defense Counsel


AGREE: _____            DISAGREE: _____


_____          _____
**JOHN A. MENDEZ**                    DATE
United States District Judge

2

Rev. 11/2009
MEMO ~ COURT.MRG

Stip. and Proposed Order Re: Restitution
Exhibit A
000002

MICHAEL STEPHEN MOYNIHAN
Victim Impact Statement List
(Updated 11/30/2012)

NOT FOR PUBLIC DISCLOSURE

| # | First Name | Last Name | Address | Amount of Loss |
|---|---|---|---|---|
| 1. | Neal | Brookman | | $400.00 |
| 2 | Gary L. | Dick | | 450.00 |
| 3. | Robert | Dixon | | 1,313.92 |
| 4. | Denise Marie | Franklyn | | 139.64 |
| 5. | Margie | Glass | | 650.00 |
| 6. | Mark | Gotthardt | | 166.64 |
| 7. | Alan | Hale | | 500.00 |
| 8. | Jeremy | Nesbitt | | 2,250.00 |
| 9. | Myrtle | Olson | | 500.00 |
| 10. | Margaret | Prowell | | deceased |
| 11. | Anita | Sorensen | | 650.00 |
| 12. | Sharon | Stewart | | 700.00 |
| 13. | Patricia | Wagar | | 1,500.00 |
| 14. | Lynette | White | | 1,474.75 |
| | TOTAL | | | $10,694.95 |

U.S. Department of Justice
United States Attorney
Eastern District of California

## VICTIM IMPACT STATEMENT

Name: Alan Hale
Mailing Address: ▓▓▓
City: ▓▓▓  State: ▓▓▓  Zip: ▓▓▓
Business:
Address:
City:  State:  Zip:
Daytime Phone Number: ▓▓▓
SSN: (Optional)
Date of Birth: (Optional) ▓▓▓

CASE: United States v Michael Stephen Moynihan
CASE NO: 12-CR-00248 JAM
DEFENDANT: Michael Stephen Moynihan
CHARGE: Mail Fraud
CURRENT CASE EVENT: Sentencing
NEXT SCHEDULED EVENT: **Sentencing on December 4, 2012 at 9:45 AM**
RESPOND BY: November 1, 2012

Please explain, in your own words, how this crime has affected you, including any physical and emotional injuries. If you have suffered a financial loss, please complete the enclosed "CLAIM FOR RESTITUTION" form. If you need assistance in filling out this form, contact Senta Parker, at 916-554-2783 or senta.parker@usdoj.gov.

This crime added to the emotional stress of being arrested and put in jail, necessitating the expense of bail @ $250. The additional $500 extorted by Mr. Moynihan not only added to the financial burden experienced by myself and my family, but caused further strain and emotional stress to my wife who suffered additional consequences due to this situation.

Signature of Victim: ▓▓▓   Date: ▓▓▓

**IF MORE SPACE IS NEEDED, CONTINUE ON SPERATE PIECE OF PAPER**

Return to: VICTIM WITNESS PROGRAM, Attention Senta Parker, 501 I Street, Suite 10-100, Sacramento, CA 95814

Stip. and Proposed Order Re: Restitution
Exhibit A
000004

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

Claim for Restitution/Declaration of Victim Losses

United States

V.                                        Docket Number: 12 CR-00248 JAM

Michael Stephen Moynihan

I, (name) ALAN HALE

reside at (address) ▮

in the city (or county) of ▮

in the state of ▮

am a victim in the above referenced case and I believe that I am entitled to restitution in the amount of $ 500.00

My specific losses as a result of this offense are summarized as follows:

$500 PAID TO DEFENDANT WHO CLAIMED ADDITIONAL BAIL WAS DUE IMMEDIATELY TO PREVENT MY BEING "RE-ARRESTED" AND RETURNED TO JAIL.

I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $ 0

The name and address of my insurance company and the claim number for this loss is as follows:

_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

▮ Signature

Executed on

____ day of _____, 2012

Return to: VICTIM WITNESS PROGRAM, Attention Senta Parker, 501 I Street, Suite 10-100, Sacramento, CA 95814