UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GOHAR, et al., <br><br> Defendants | Case No.: 2:17-CR-000232-JAM-8 <br><br> Order Extending Sentencing Memo Deadline as to Raz Razla |

IT IS ORDERED THAT:

The defendant's sentencing memorandum deadline is continued until October 1, 2020.

DATED: October 2, 2020        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

**ORDER CONTINUING SETENCING MEMORANDUM DATE FOR DEFENDANT**